

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2019

No. 04-19-00589-CV

**IN THE INTEREST OF M.T., A CHILD**

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 17-09-34741-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

Sitting:      Irene Rios, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Appellee's amended motion to dismiss this appeal is DENIED. Appellant's motion for extension of time to file her brief is GRANTED. Appellant's brief is due on or before **January 24, 2020**. No further extensions will be granted absent extenuating circumstances.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2019.

_____
Michael A. Cruz,
Clerk of Court